# ORIGINAL TRANSCRIPT

**FILED IN CLERK'S OFFICE**
**U.S.D.C.-Atlanta**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUN 3 0 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

SANDRA OGILVIE,
    Plaintiff,

vs.

CIVIL ACTION FILE
NO.1:04-CV-2757 (CAP)

THE HARTFORD ACCIDENT AND
NDEMNITY COMPANY,
d/b/a HARTFORD OMNI AUTO PLAN,
    Defendant.

## VIDEO DEPOSITION OF

### SANDRA D. OGILVIE

10:19 A.M.
June 7, 2005

3348 Peachtree Road, Suite 1100
Atlanta, GA 30326

Phyllis A. Lee, CCR-B-2321, RPR, CSR(IL), CRR

**Alexander Gallo Associates, Inc.**
COURT REPORTING   VIDEO SERVICES
TRIAL PRESENTATIONS

ATLANTA'S TECHNOLOGICAL LEADERS IN LITIGATION SUPPORT & MULTIMEDIA PRESENTATIONS

| ATLANTA, GEORGIA | WASHINGTON, DC | CHICAGO, ILLINOIS | NEW YORK, NEW YORK |
|---|---|---|---|
| Telephone (404) 495-0777<br>Facsimile (404) 495-0766<br>Toll Free (877) 495-0777 | Complimentary Conference Rooms<br>Throughout Georgia And<br>Major Cities Nationwide | | 500 The Candler Building<br>127 Peachtree Street<br>Atlanta, Georgia 30303 |

www.galloreporting.com