2617 Whites Mill Rd
Decatur, Ga 30034

July 29, 2005

By US Mail

Luther D. Thomas

Office of the Clerk
United States District Court
2211 United States Courthouse
75 Spring Street, S.W.
Atlanta, Ga 30303-3361

Re: *Sandra Ogilvie v. The Hartford Accident and Indemnity Company d/b/a Hartford Omni Auto Plan*
United States District Court, Northern District of Georgia, Atlanta Division
**Case No. 1:04-CV-2757(CAP)**

Dear Mr. Thomas:

Enclosed please find for filing in the above-referenced matter the original Deposition of Suzanne Willhite. I apologize for the delay but due to unforeseen circumstances my mail was delayed until July 21, 2005.

Please do not hesitate to contact me if there are any further questions.

Sincerely,

Sandra D. Ogilvie
Pro se Plaintiff

CC: Littler Mendelson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 2 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

SANDRA OGILVIE,

    Plaintiff,

vs.

THE HARTFORD ACCIDENT AND
INDEMNITY COMPANY d/b/a

HARTFORD OMNI AUTO PLAN,

    Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-2757 (CAP)

\* \* \*

Video deposition of **SUZANNE WILLHITE**, taken on behalf of the Plaintiff, pursuant to Agreement, before Peggie Mitchell, a Certified Court Reporter, at 2617 Whites Mill Road, Decatur, Georgia, on the 8th day of June 2005, commencing at the hour of 9:08 a.m.

\* \* \*

*Precision Transcription Service*
770.774.0178

P.O. Box 783, Fairburn, GA 30213